CAROLINE D. CIRAOLO
Acting Assistant Attorney General

W. CARL HANKLA
CHRISTIAN MEJIA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6448
Telephone: (202) 305-7548
Facsimile: (202) 307-0054
Email: w.carl.hankla@usdoj.gov
Email: Christian.Mejia@usdoj.gov

*Attorneys for United States of America*

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 14-cv-02904-JAM-EFB |
| Plaintiff, ) | |
| ) | **ORDER ON STIPULATION OF** |
| v. ) | **DISMISSAL WITHOUT PREJUDICE** |
| ) | |
| VIDA FARLEY and ) | |
| AJV BOOKKEEPING, INC., ) | |
| ) | |
| Defendants. ) | |

    On November 3, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court.

[PROPOSED] ORDER
(Case No. 14-cv-02904-JAM-EFB)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-7548

Accordingly, the instant matter is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties will bear their own respective costs and expenses, including any attorneys' fees.

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2015

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER
(Case No. 14-cv-02904-JAM-EFB)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-7548